COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| | § | |
| JESSE VASQUEZ, | § | No. 08-17-00187-CR |
| Appellant, | § | Appeal from the |
| v. | § | 409th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20130D02392) |
| | § | |

**O R D E R**

On March 22, 2018, the Court ordered the trial court to conduct a hearing to determine whether a portion of the reporter's record has been lost or destroyed. The trial court is required to make several fact findings, and our order required the court to hold the hearing within thirty days. The court currently has the matter set for a hearing on April 13, 2018 at 9:00 a.m. The State has filed a motion requesting an extension of time for the trial court to conduct the hearing because the investigation into the status of the reporter's notes is ongoing and there remains a possibility that the reporter's notes exist. The State has also filed a motion to stay the hearing set for April 13, 2018. Appellant opposes both motions. The State's motions are GRANTED.

Therefore, the deadline for the trial court to conduct the hearing is extended to May 21, 2018. The trial court's findings of fact and conclusions of law are due to be filed with the District Clerk no later than June 5, 2018. The District Clerk shall prepare and forward a supplemental

clerk's record containing the trial court's orders and/or findings on or before June 20, 2018. Further, the court reporter's transcription of the hearing shall be prepared, certified and filed with this Court on or before June 20, 2018.

IT IS SO ORDERED this 12th day of April, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.